FILED

MAR 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN REINSCHMIDT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW, INC.; et al., <br><br> Defendants - Appellees, <br><br> V. <br><br> JAMES ATKINSON; et al., <br><br> Movants - Appellants. | No. 14-35986 <br><br> D.C. No. 2:12-cv-02084-RSM <br> Western District of Washington, Seattle <br><br> ORDER |

Pursuant to stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own fees, costs, and other expenses.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

3/24/15

CG/Mediation